# United States Court of Appeals
## For the First Circuit

No. 19-1908

PATRICIA C. COFFEY,

Plaintiff, Appellant,

v.

NEW HAMPSHIRE JUDICIAL RETIREMENT PLAN;
BOARD OF TRUSTEES OF THE NEW HAMPSHIRE JUDICIAL RETIREMENT PLAN,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on April 21, 2020, is amended as follows:

On page 14, footnote 8, line 3, replace "term situations" with "term to situations".

On page 14, footnote 8, line 11, replace " Automation ,Inc." with "Automation, Inc.".